**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Michael R. JACKSON, Defendant—**
**Appellant.**

No. 08–8320.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 23, 2009.

Decided: May 1, 2009.

Michael R. Jackson, Appellant Pro Se.

Stephen Wiley Miller, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Before MICHAEL, GREGORY, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael R. Jackson appeals the district court's order denying his motion for reduction of sentence under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Jackson*, No. 3:93–cr–00125–RLW–1 (E.D.Va. Oct. 8, 2008). We deny Jackson's motion for appointment of counsel. We dispense with oral argument because the

facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED.